IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.                          CASE NO. 5:10-cv-221/RS-EMT

MARION KING,

    Respondent.
_____

## ORDER

Before me is Plaintiff's Motion to Dismiss. (Doc. 14). This case is **dismissed without prejudice**. The clerk is directed to close the file.

**ORDERED** on October 20, 2010

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**